## TUOLUMNE REDEMPTION COMPANY v. PATTERSON.

WHERE the complaint is verified and the defendant fails to answer, plaintiff is entitled to judgment on the complaint without proof of the facts alleged therein.

APPEAL from the Fifth District.

Action against a Sheriff for $2,072 damages for that much money alleged to have been wrongfully seized by him on an illegal assessment for taxes. The complaint was verified; and the defendant

not having answered, plaintiff, when the cause was called for trial, moved that the default of defendant be entered, and that plaintiff have judgment according to the prayer of the complaint. Motion denied, plaintiff excepting, and then introducing certain evidence. Subsequently, the case having been taken under advisement, the Court dismissed the complaint and gave defendant judgment for costs. Plaintiff appeals.

*L. Quint,* for Appellant.

. COPE, J. delivered the opinion of the Court—FIELD, C. J. and BALDWIN, J. concurring.

· The plaintiff was entitled to a judgment upon the complaint; and the Court erred in requiring proof of the facts therein stated. The complaint was verified, and the failure of the defendant to answer was an admission of the facts charged. No proof was necessary to enable the Court to render the proper judgment.

· Judgment reversed and cause remanded.